Tara Ford (State Bar No. 322049)
tford@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Grant A. Davis-Denny (State Bar No. 229335)
grant.davis-denny@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Leecia J. Welch (State Bar No. 208741)
lwelch@childrensrights.org
CHILDREN'S RIGHTS
2021 Fillmore Street
San Francisco, California 94115
Telephone: (415) 602-5202

Sarah Manimalethu (State Bar No. 326441)
smanimalethu@alliancecr.org
ALLIANCE FOR CHILDREN'S RIGHTS
3333 Wilshire Boulevard, Suite 550
Los Angeles, California 90010
Telephone: (213) 368-6010

*Additional counsel of record listed in signature line

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| OCEAN S.; JACKSON K.; ROSIE S.; ERYKAH B.; JUNIOR R.; and ONYX G. , by and through her next friend Craig Schultz, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; BRANDON NICHOLS, Director of the Los Angeles County Department of Children and Family Services; LOS ANGELES | Case No. 2:23-cv-06921<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

DEPARTMENT OF MENTAL HEALTH; LISA WONG, Director of the Los Angeles County Department of Mental Health; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MARK GHALY, Secretary of the California Health and Human Services Agency; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; KIM JOHNSON, Director of the California Department of Social Services, and MICHELLE BAASS,

Defendants.

Pursuant to this Court's Civil Local Rule 83-1.3.1, Plaintiffs hereby give notice that this case may be related to two cases filed in this District: *Gary G., et al. v. Newsom, et al.*, 5:23-cv-00947-MEMF-BFMx ("*Gary G.*") and *Katie A., et al. v. Bonta, et al.*, 02-cv-056662-JAK-SHx ("*Katie A.").*

Plaintiffs, six transition age foster youth[1] in Los Angeles County, file this proposed class action lawsuit pursuant to 42 U.S.C. ¶ 1983 seeking declaratory and injunctive relief from State and County Defendants: the California Health and Human Services Agency ("CalHHS") and its Secretary; the California Department of Social Services ("CDSS") and its Director; the California Department of Health Care Services ("DHCS") and its Director; Los Angeles County; the Los Angeles County Department of Children and Family Services ("DCFS") and its Director; the Los Angeles County Department of Mental Health ("DMH") and its Director.

Plaintiffs' Complaint ("Compl.") alleges that Defendants have violated and continue to violate their legal duties to provide Plaintiffs and the putative classes with a minimally adequate array of safe, stable, and appropriate placements and needed supportive services, and that Defendants have implemented unlawful arbitrary and discriminatory policies and practices in their respective programs. Plaintiffs claim violations of the Case Planning and Transition Planning Provisions of the Adoption Assistance and Child Welfare Act of 1980 ("AACWA"), the Americans with Disabilities Act ("ADA"), Section 504 of the Rehabilitation Act of 1973 ("Section 504"), the Fourteenth Amendment to the U.S. Constitution, and the Early and Periodic Screening, Diagnostic and Treatment ("EPSDT") provisions of the Medicaid Act.

***GARY G.***

---

[1] "Transition age foster youth" as defined by DCFS are foster youth between ages 16-21.

*Gary G.* was filed in the Eastern Division of the Central District of California on May 25, 2023 and is currently assigned to Judge Maame Ewusi-Mensah Frimpong. The Defendants' deadline to respond to the Complaint is September 14, 2023. *Gary G.*, ECF No. 35.

The *Gary G.* plaintiffs, ten children currently in custody of the San Bernardino County Children and Family Services ("CFS"), brought a proposed class action seeking declaratory and injunctive relief from State and County Defendants: CDSS and its Director; Governor Gavin Newsom; San Bernardino County; the San Bernardino County Board of Supervisors; and the San Bernardino CFS and its Director.

Although based on events in different counties, *Gary G.* and the present matter both center on a child welfare agency's current failure to provide adequate placement and services for youth in its care, as well as attendant failures by CDSS. The two cases involve several corresponding allegations regarding foster youth placement: that Defendants fail to provide foster youth with case planning in violation of AACWA; that Defendants fail to place youth in the least restrictive setting appropriate for their needs; that Defendants discriminate against youth with disabilities in violation of the ADA and Section 504; and that Defendants' failures violate the federal due process and associational rights of Plaintiffs. However, *Gary G.* does not name DHCS or its county subcomponents as Defendants.

*Gary G.* and the present matter are in the same procedural posture.

***KATIE A.***

*Katie A.* was filed in the Western Division of the Central District of California on December 2, 2002 and is currently assigned to Judge John Kronstadt. The Plaintiffs brought claims on behalf of foster youth in DCFS custody with behavioral, emotional, or psychiatric impairments who require individualized mental health services, alleging violations of the Medicaid Act, the ADA, Section 504, Cal. Gov't Code § 11135, and substantive due process under the state and federal constitutions.

Defendant agencies were CDSS, DHS, and DCFS. The parties in *Katie A.* entered a settlement agreement in 2003, and an expert Advisory Panel was appointed to monitor implementation of settlement terms. In 2020, the Parties entered a new settlement agreement, with Plaintiffs agreeing not to contest dismissal of the case. The new proposed settlement is subject to Court approval; the Parties' motion for Court approval of the settlement is still pending.

In contrast to the present matter, *Katie A.* was wholly concentrated on Defendants' failure to provide mental health services to foster youth. The present matter addresses foster care placement more broadly, and the purported general class is narrowed by age (youth ages 16 to 21). However, for the subclass of transition age youth with mental health disabilities, the present matter involves many of the questions of fact and law at issue in *Katie A.*, including the same defendants' alleged violations of AACWA, the Medicaid Act, the ADA, and Section 504.

*Katie A.* and the present matter are in entirely different procedural postures; the original settlement terms and consent decree in *Katie A.* have been subject to Court oversight for more than twenty years, and the new settlement agreement is pending Court approval.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully submit that this matter could be related to *Gary G.* or *Katie A*.

DATED: August 22, 2023 MUNGER, TOLLES & OLSON LLP

By: *\/s/ Grant A. Davis-Denny*
Grant A. Davis-Denny
Attorney for Plaintiffs

***ADDITIONAL ATTORNEYS OF RECORD**

Kathryn Eidmann (State Bar No. 268053)
keidmann@publiccounsel.org
Amanda Mangaser Savage (State Bar No. 325996)
asavage@publiccounsel.org
Rachel Stein (State Bar No. 257411) (C.D. Cal admission pending)
rstein@publicounsel.org
Molly Mauck (State Bar No. 344278)
mmauk@publiccounsel.org
Natalie Garnica (State Bar No. 320230)
ngarnica@publiccounsel.org
Alero Egbe (State Bar No. 349753) (C.D. Cal admission pending)
aegbe@publiccounsel.org
Amelia Piazza (State Bar No. 342473)
apiazza@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90071-3426
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Jessica Zou (New York Bar No. 5922091) (pro hac vice application pending)
jzou@childrenrights.org
CHILDREN'S RIGHTS
2021 Fillmore Street
San Francisco, California 94115
Telephone: (415) 602-5202

William D. Temko (State Bar No. 98858)
william.temko@mto.com
Peter Gratzinger (State Bar No. 228763)
peter.gratzinger@mto.com
Jimmy P. Biblarz (State Bar No. 341874)
jimmy.biblarz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702