Tara Ford (SBN 322049)
tford@publiccounsel.org
PUBLIC COUNSEL
610 South Admore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Leecia J. Welch (SBN 208741)
lwelch@childrensrights.org
CHILDREN'S RIGHTS
2021 Fillmore Street
San Francisco, California 94115
Telephone: (415) 602-5202

Grant A. Davis-Denny (SBN 229335)
grant.davis-denny@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Sarah Manimalethu (SBN 326441)
smanimalethu@alliancecr.org
ALLIANCE FOR CHILDREN'S
   RIGHTS
3333 Wilshire Boulevard, Suite 550
Los Angeles, California 90010
Telephone: (213) 368-6010

*Attorneys for Plaintiffs*

\* *Additional counsel of record listed in signature line*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| OCEAN S.; JACKSON K.; ROSIE S.; ERYKAH B.; JUNIOR R.; ONYX G., by and through her next friend Craig Schultz; and MONAIE T. individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; BRANDON NICHOLS, Director of the Los Angeles County | Case No.: 2:23-cv-06921-JAK-E <br><br> **PLAINTIFF ONYX G.'S UNOPPOSED MOTION FOR APPOINTMENT OF NEXT FRIEND AND SUPPORTING MEMORANDUM** <br><br> Before: Hon. John A. Kronstadt |

|    |    |
|----|----|
| 1  | Department of Children and Family Services; LOS ANGELES |
| 2  | DEPARTMENT OF MENTAL |
| 3  | HEALTH; LISA WONG, Director of the Los Angeles County Department of |
| 4  | Mental Health; CALIFORNIA HEALTH |
| 5  | AND HUMAN SERVICES AGENCY; MARK GHALY, Secretary of the |
| 6  | California Health and Human Services |
| 7  | Agency; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; KIM |
| 8  | JOHNSON, Director of the California |
| 9  | Department of Social Services; |
| 10 | CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; and |
| 11 | MICHELLE BAASS, Director of the |
| 12 | California Department of Health Care Services, |
| 13 |                        Defendants. |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

# MOTION

Plaintiff Onyx G. respectfully files this unopposed motion requesting the Court appoint Craig Schultz as her next friend for the purposes of this lawsuit.

This motion is based upon the accompanying Memorandum, a Declaration from Onyx G., a Declaration from Craig Schultz, and all other matters of record. Pursuant to Local Rule 7-3, on September 19, 2023, Plaintiffs' counsel met and conferred with counsel for Los Angeles County, Los Angeles County Department of Children and Family Services ("DCFS"), Brandon Nichols (Director of the Los Angeles County Department of Children and Family Services), Los Angeles Department of Mental Health, and Lisa Wong (Director of the Los Angeles County Department of Mental Health) (collectively, "County Defendants"). On September 20, 2023, Plaintiffs' counsel met and conferred with counsel for California Health and Human Services Agency, Mark Ghaly (Secretary of the California Health and Human Services Agency), California Department of Social Services, Kim Johnson (Director of the California Department of Social Services), California Department of Health Care Services, and Michelle Baass (Director of the California Department of Health Care Services) (collectively, "State Defendants"). Both County Defendants and State Defendants (collectively, "Defendants") have represented that they do not oppose this motion.

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiff Onyx G. seeks the Court's appointment of Craig Schultz as her next friend for the purposes of this lawsuit. Although Onyx G. recently turned eighteen years old, she remains a nonminor dependent in the custody of DCFS, and she believes she would benefit from Mr. Schultz's assistance and support.

Plaintiffs bring this lawsuit against Defendants for consistently failing to provide essential housing and services to which they are entitled. In light of the complex nature of the case, Onyx G. believes it would be in her best interest to have Mr. Schultz's support as she pursues her legal claims in this case. Plaintiffs advised County Defendants' counsel[1] of this motion during a telephone conference on September 19, 2023. On October 3, 2023, County Defendants' counsel indicated that they do not oppose the motion. Plaintiffs advised State Defendants' counsel[2] of this motion during a telephone conference on September 20, 2023. On September 27, 2023, State Defendants' counsel indicated that they do not oppose the motion.

## II. ARGUMENT

Onyx G. recently turned eighteen and is a nonminor dependent in the custody of DCFS. For the reasons discussed below, she seeks an order from this Court appointing Craig Schultz as her next friend for the purposes of this lawsuit.

---

[1] Farbod S. Moridani, Counsel, Miller Barondess LLP, 2121 Avenue of the Stars, 26th Floor, Los Angeles, CA 90067.
[2] Andrew Z. Edelstein, Deputy Attorney General, California Department of Justice, 300 S. Spring Street, Suite 1702, Los Angeles, CA, 90013.

A. **Legal Standard**

Rule 17(c) of the Federal Rules of Civil Procedure and Local Rule 17-1 provides for the appointment of a next friend to protect a minor who does not have a duly appointed representative.[3] A person's capacity to sue in federal court as an individual depends on the law of the person's domicile and/or where the court is located.[4] Since Onyx G. resides in California and this Court is located in California, California law applies.

California Code of Civil Procedure section 372 requires that, when a minor is a party to a lawsuit, that person shall appear by a guardian or guardian ad litem.[5] Although nonminor dependents have reached the age of majority, their participation in California's extended foster care program means that they are still under the care and custody of the state.[6] California law acknowledges that nonminor dependents are differently situated and provides them with additional assistance and support to navigate the judicial system.

In juvenile court proceedings, for example, judges are permitted to appoint Court Appointed Special Advocates ("CASAs") for nonminor dependents to represent their best interests with their consent even though these young people have reached the age of majority.[7] Similarly, judges may appoint responsible adults as educational or developmental services decisionmakers for nonminor dependents with their consent if the court believes such appointment is in the best interest of the young person.[8]

---

[3] Fed. R. Civ. P. 17(c); Cal. Loc. R. 17-1.
[4] Fed. R. Civ. P. 17(b).
[5] Cal. Code of Civ. Proc. § 372(a).
[6] *See* Cal. Welf. & Inst. Code § 11403.
[7] Cal. Welf. & Inst. Code § 102(b), (c).
[8] Cal. Welf. & Inst. Code § 361(a)(1)(A).

When a young person seeks a next friend, the Court may appoint someone who can show they have a "significant relationship" with the young person and they are "truly dedicated" to the young person's best interests.[9] Courts have found that individuals with professional relationships with young people, such as teachers, may be appropriate next friends when they are likely to be pursuing the lawsuit on the young person's behalf, acting in good faith, and willing and able to prosecute the action.[10] Next friends are not required to be a young person's close family or friends, particularly when they have been removed from their families and are in the care and custody of the state.[11]

Once appointed, next friends have significant powers and duties, including the authority to "direct, manage and control litigation" and ensure compromises are fair to the young person and in their best interest.[12] Next friends may also

---

[9] *Massie ex rel. Kroll v. Woodford*, 244 F.3d 1192, 1194 (9th Cir. 2001). *See also Angel v. Marten*, No. CV 21-7333 ODW (PVCx), 2021 WL 9721324, at *3 (C.D. Cal. Dec. 29, 2021) (citing *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47 (2007) (holding that the most important factor for the Court to consider is whether the proposed next friend will protect the young person's interest in the litigation).

[10] *See Ad Hoc Comm. of Concerned Teachers v. Greenburgh No. 11 Union Free Sch.*, 873 F.2d 25, 30-31 (2d Cir. 1989).

[11] *See, e.g.*, *Sam M. ex rel. Elliott v. Carcieri*, 608 F.3d 77, 91 (1st Cir. 2010) (for foster children who "lack significant ties with their parents and have been placed under the state's legal custody and guardianship, a significant relationship need not be required as a prerequisite to Next Friend status"); *Marisol A. v. Giuliani*, 95 Civ. 10533, 1998 WL 265123, at *8-9 (S.D.N.Y. May 22, 1998) ("In an ideal world, there would be concerned family members or friends to represent these children in court… however, there are no special requirements for the person suing as next friend.") (internal citations omitted).

[12] *Estate of Escobedo v. City of Redwood City*, No. C03-03204 MJJ, 2006 WL 571354, at *9 (N.D. Cal. Mar. 2, 2006).

authorize binding settlements in the best interest of the minor, subject to court approval.[13]

### B. Appointment of Craig Schultz as Next Friend for Plaintiff Onyx G.

Onyx G. requests the assistance of Mr. Schultz to aid and support her in fully participating in this litigation. Although she recently turned eighteen, she was a minor when this case was filed, and she remains a nonminor dependent in the care and custody of DCFS. She continues to struggle with an unstable housing situation, and she is working to complete her schooling.[14] She will continue to be harmed if she is further denied the legally required housing and support services she has a right to as a transition age foster youth.

Similar to the role of CASAs and educational and developmental decisionmakers in California state court and special education matters, Onyx G. would benefit from Mr. Schultz's assistance and support in her federal court case. As a nonminor dependent in extended foster care with limited family ties and social supports, Onyx G. seeks the assistance of a trusted adult to make important decisions directing the litigation and determining compromises that would be in her best interest.

Mr. Schultz more than meets the requirements to be appointed next friend for Onyx G. He works at Children's Law Center and has represented Onyx G. as her court-appointed dependency attorney for over a year.[15] Mr. Schultz has a

---

[13] *See, e.g.*, *Dacanay v. Mendoza*, 573 F.2d 1075 (9th Cir. 1978); *County of Los Angeles v. Superior Court,* 91 Cal. App. 4th 1303, 1311 (2001).
[14] *See* Declaration of Plaintiff Onyx G. in Support of Plaintiff's Motion to Appoint Next Friend ¶ 7.
[15] *See* Declaration of Craig Schultz in Support of Plaintiff Onyx G.'s Motion to Appoint Next Friend ¶ 3.

strong interest in pursuing this case on Onyx G.'s behalf and a dedicated commitment to her welfare.[16]

This action seeks to ensure that Defendants carry out their mandated responsibilities related to housing and supportive services for transition age foster youth. Mr. Schlutz is willing and able to pursue this action on Onyx G.'s behalf, has no conflicts with her interests, and is acting in good faith.[17]

### III. CONCLUSION

For all of these reasons, Onyx G. respectfully requests that this Court grant her application to have Craig Schultz be appointed as her next friend in this litigation.

DATED: October 12, 2023              MUNGER, TOLLES & OLSON LLP

By:    */s/ Grant A. Davis-Denny*
        GRANT A. DAVIS-DENNY
        MUNGER, TOLLES & OLSON LLP
        350 South Grand Avenue, 50th Floor
        Los Angeles, California 90071-3426
        Telephone: (213) 683-9100
        Facsimile: (213) 687-3702

---

[16] *Id.*
[17] *Id.* at ¶3, 4.

**\*ADDITIONAL ATTORNEYS OF RECORD**

Kathryn Eidmann (State Bar No. 268053)
keidmann@publiccounsel.org
Mark R. Rosenbaum (State Bar No. 59940)
mrosenbaum@publiccounsel.org
Amanda Mangaser Savage (State Bar No. 325996)
asavage@publiccounsel.org
Rachel Stein (State Bar No. 257411)
rstein@publicounsel.org
Molly Mauck (State Bar No. 344278)
mmauck@publiccounsel.org
Natalie Garnica (State Bar No. 320230)
ngarnica@publiccounsel.org
Alero Egbe (State Bar No. 349753)
aegbe@publiccounsel.org
Amelia Piazza (State Bar No. 342473)
apiazza@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90071-3426
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Jessica Zou (New York Bar No. 5922091)
(Pro hac vice)
jzou@childrenrights.org
CHILDREN'S RIGHTS
88 Pine Street, Suite 800
New York City, New York 10005
Telephone: (212) 683-2210

Case No. 2:23-cv-06921-JAK-E
MOTION FOR NEXT FRIEND AND SUPPORTING MEMORANDUM
-7-

William D. Temko (State Bar No. 98858)
william.temko@mto.com
Peter Gratzinger (State Bar No. 228763)
peter.gratzinger@mto.com
Jimmy P. Biblarz (State Bar No. 341874)
jimmy.biblarz@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702