LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
FARBOD S. MORIDANI (State Bar No. 251893)
fmoridani@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

DAWYN R. HARRISON (State Bar No. 173855)
dawynharrison@counsel.lacounty.gov
WILLIAM BIRNIE (State Bar No. 268742)
wbirnie@counsel.lacounty.gov
EMILY GROSPE (State Bar No. 290182)
egrospe@counsel.lacounty.gov
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 648
Los Angeles, California 90012
Tel.: (213) 974-1811 / Fax: (213) 626-7446

Attorneys for Los Angeles County, the Department of Children and Family Services, Brandon Nichols, the Department of Mental Health, Lisa Wong

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

OCEAN S., et al.,

Plaintiffs,

v.

LOS ANGELES COUNTY, et al.,

Defendants.

**CASE NO. 2:23-cv-06921-JAK-E**

**COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

*[Filed Concurrently with Memorandum of Points and Authorities in Support of Motion]*

Judge: Hon. John A. Kronstadt

Hearing Date: March 25, 2024
Hearing Time: 8:30 a.m.
Courtroom: 10B

Action Filed: August 22, 2023
First Am. Compl. Filed: Sep. 21, 2023
Trial Date: Not Set

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 25, 2024 at 8:30 a.m. or as soon thereafter as the matter may be heard before the Honorable John A. Kronstadt, United States District Judge, in the United States District Court, Central District of California, Courtroom 10B, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012, Defendants Los Angeles County, Department of Children and Family Services ("DCFS"), Department of Mental Health ("DMH"), DCFS Director Brandon Nichols, and DMH Director Lisa Wong (collectively, the "County Defendants"), will and hereby do move for an order dismissing Plaintiffs' First Amended Complaint ("FAC") for Lack of Subject Matter Jurisdiction (the "Motion") pursuant to Federal Rule of Civil Procedure 12(b)(1).

The Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 2, 2023.

The Motion is based on this Notice of Motion and Motion to Dismiss the FAC, the Memorandum of Points and Authorities in Support of the Motion, all pleadings and papers on file in this action, and any other arguments to be presented at the hearing on this Motion.

DATED: November 29, 2023 MILLER BARONDESS, LLP

By: ______________________________
FARBOD S. MORIDANI
Attorneys for Los Angeles County, the Department of Children and Family Services, Brandon Nichols, the Department of Mental Health, Lisa Wong