ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
Deputy Attorney General
State Bar No. 218023
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6307
Fax: (916) 731-2125
E-mail: Andrew.Edelstein@doj.ca.gov
*Attorneys for Defendants California Department of Health Care Services and Director Michelle Baass*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**OCEAN S., et al.,**

Plaintiffs,

**v.**

**LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; BRANDON NICHOLS, Director of the Los Angeles County Department of Children and Family Services; LOS ANGELES DEPARTMENT OF MENTAL HEALTH; LISA WONG, Director of the Los Angeles County Department of Mental Health; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MARK GHALY, Secretary of the California Health and Human Services Agency; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; and KIM JOHNSON, Director of the California Department of Social Services, MICHELLE BAASS,**

Defendants.

2:23-cv-06921-JAK-E

**NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES AND DIRECTOR MICHELLE BAASS'S MOTION TO DISMISS**

| | |
|---|---|
| Date: | March 25, 2024 |
| Time: | 8:30 a.m. |
| Courtroom: | 10B |
| Judge: | Hon. John A. Kronstadt |
| Trial Date: | None set |
| Action Filed: | Aug. 22, 2023 |

**TO THE COURT AND TO PLAINTIFFS:**

**NOTICE IS HEREBY GIVEN** that Defendants California Department of Health Care Services and Director Michelle Baass hereby lodge the [Proposed] Order Granting California Department of Health Care Services and Director Michelle Baass's Motion to Dimiss.

Dated: November 30, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney General

*/s/ Andrew Edelstein*

ANDREW Z. EDELSTEIN
Deputy Attorneys General
*Attorneys for Defendants California Department of Social Services and Director Kim Johnson*