ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney General
ANDREW Z. EDELSTEIN
Deputy Attorney General
State Bar No. 218023
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6307
Fax: (916) 731-2125
E-mail: Andrew.Edelstein@doj.ca.gov
*Attorneys for the State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **OCEAN S., et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**LOS ANGELES COUNTY; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; BRANDON NICHOLS, Director of the Los Angeles County Department of Children and Family Services; LOS ANGELES DEPARTMENT OF MENTAL HEALTH; LISA WONG, Director of the Los Angeles County Department of Mental Health; CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES; MARK GHALY, Secretary of the California Health and Human Services Agency; CALIFORNIA DEPARTMENT OF SOCIAL SERVICES; and KIM JOHNSON, Director of the California Department of Social Services, MICHELLE BAASS,**<br><br>Defendants. | 2:23-cv-06921<br><br>**STIPULATION TO AMEND MINUTE ORDER OF JUNE 11, 2024 (Dkt. 120)**<br><br>***[Filed Concurrently with [Proposed] Order]*** |

Los Angeles County, the Department of Children and Family Services ("DCFS"), DCFS Director Brandon Nichols, the Department of Mental Health ("DMH"), DMH Director Lisa Wong (together, the "County Defendants"); the California Health and Human Services Agency ("CalHHS"); CalHHS Secretary Mark Ghaly, the California Department Of Social Services ("CDSS"), CDSS Director Kim Johnson, the California Department of Health Care Services ("DHCS"), and DHCS Director Michelle Baass (together, the "State Defendants"); and Plaintiffs (with the County Defendants and State Defendants, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on June 11, 2024, the Court issued a Minute Order (the Order (Dkt. 120)) ruling on numerous Motions to Dismiss by Defendants. *See* Order, pg. 1.

**WHEREAS**, on page 28 of the Order, in the single sentence, full paragraph, immediately above heading "F. CalHHS MTD," the Order states that the "CDSS MTD is DENIED." That sentence however is in Section E, discussing DHCS's motion. Accordingly, the Parties stipulate that, subject to the Court's approval, this sentence may be amended to read: "For these reasons, the DHCS MTD is **DENIED**."

**WHEREAS**, on page 30 of the Order, the first complete paragraph regarding the "CDSS MTD" states that the CDSS motion is denied as to the Medicaid Act and does not reference CDSS's motion as to the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act (Section 504). Plaintiffs, however, did not bring a Medicaid Act claim against CDSS, but did bring claims against CDSS under the ADA and Section 504, and CDSS moved to dismiss those claims. Accordingly, the Parties stipulate that, subject to the Court's approval, this paragraph may be amended to change the reference to the "Medicaid Act" to "Section 504 and ADA."

**WHEREAS**, also on page 30 of the Order, the second complete paragraph, regarding the "DHCS MTD" does not mention the Court's ruling dismissing the Medicaid Act claim against DHCS (*see* Order page 27). Accordingly, the Parties stipulate that, subject to the Court's approval, this paragraph may be amended to state: "The DHCS MTD is **GRANTED** with leave to amend on the ground that the FAC fails to state a Medicaid Act claim and **DENIED** on the ground that the FAC fails to state Section 504 and ADA Claims against DHCS, subject to the same proviso as the County 12(b)(6) MTD."

**NOW THEREFORE**, it is agreed and stipulated that, subject to the Court's approval, the Order is amended in the three ways describes above.

Dated: June 26, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney General

*/s/ Andrew Edelstein*
ANDREW Z. EDELSTEIN
Deputy Attorney General
*Attorneys for State Defendants*

Dated: June 26, 2024

MILLER BARONDESS, LLP

By: */s/ Farbod S Moridani*
FARBOD S. MORIDANI
Attorneys for the County Defendants

Dated: June 26, 2024

MUNGER, TOLLES & OLSON LLP

By: */s/ Grant A. Davis-Denny*
GRANT A. DAVIS-DENNY
Attorneys for Plaintiffs

**ATTESTATION**

I, Andrew Z. Edelstein, hereby certify that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 26, 2024

ROB BONTA
Attorney General of California
BENJAMIN G. DIEHL
Supervising Deputy Attorney General

*/s/ Andrew Edelstein*
ANDREW Z. EDELSTEIN
Deputy Attorney General
*Attorneys for State Defendants*

LA2023603313
Stip re order June 26.docx

# CERTIFICATE OF SERVICE

Case Name: **Ocean S., et al. v. LA COUNTY (CalHHS)** No. **2:23-cv-06921-JAK-E**

I hereby certify that on June 26, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## STIPULATION TO AMEND MINUTE ORDER OF JUNE 11, 2024 (Dkt. 120)

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on June 26, 2024, at Los Angeles, California.

| Alyssa Barragan | */s/ Alyssa Barragan* |
|---|---|
| Declarant | Signature |

LA2023603313
66329269.docx