LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
FARBOD S. MORIDANI (State Bar No. 251893)
fmoridani@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Tel.: (310) 552-4400 | Fax: (310) 552-8400

DAWYN R. HARRISON (State Bar No. 173855)
dharrison@counsel.lacounty.gov
WILLIAM BIRNIE (State Bar No. 268742)
wbirnie@counsel.lacounty.gov
EMILY GROSPE (State Bar No. 290182)
egrospe@counsel.lacounty.gov
Kenneth Hahn Hall of Administration
500 West Temple Street, Suite 648
Los Angeles, California 90012
Tel.: (213) 974-1811 | Fax: (213) 626-7446

Attorneys for Defendants
COUNTY OF LOS ANGELES, THE
DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, and THE
DEPARTMENT OF MENTAL HEALTH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| OCEAN S., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LOS ANGELES COUNTY, *et al.*,<br><br>　　　　Defendants. | **CASE NO. 2:23-cv-06921-JAK-E**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE COUNTY DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>*[Filed Concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; and Declaration of Farbod Moridani]*<br><br>Assigned to Hon. John A. Kronstadt,<br><br>**Hearing Date**: Jan. 27, 2025<br>**Hearing Time**: 8:30 a.m.<br>**Action Filed**: Aug. 22, 2023<br>**Second Am. Compl.**: Aug. 16, 2024<br>**Trial Date**: Not Set |

695689.1

The County of Los Angeles, the Department of Children and Family Services, and the Department of Mental Health (together, the "County Defendants") respectfully submit this Request for Judicial Notice pursuant to Rule 201 of the Federal Rules of Evidence in support of their Motion to Dismiss for Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

## I. LEGAL STANDARD

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court "may take judicial notice at any stage of the proceeding," and "must take judicial notice if a party requests it and the court is supplied with the necessary information." *Id*. at 201(c)(2),(d).

Courts often take judicial notice of "undisputed matters of public record," including documents on file in federal or state courts. *Harris v. Cnty. of Orange,* 682 F.3d 1126, 1132 (9th Cir. 2012) (citations omitted); *see also Reyn's Pasta Bella, LLC v. USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (Ninth Circuit took judicial notice of several court filings, including briefs, memoranda, and pleadings).

Courts also routinely take judicial notice of government policies and guidelines. *See, e.g.*, *Hernandez v. Cty. of Monterey*, 305 F.R.D. 132, 139 n.2 (N.D. Cal. 2015) (taking judicial notice of agency manuals, rules, and policies); *Berezovsky v. Moniz*, 869 F. 3d 923, 932 n.9 (9th Cir. 2017) (taking judicial notice of agency servicing guidelines); *Lambert v. McKay*, 2020 WL 12893272, at *4 n.1 (W.D. Wash. Nov. 9, 2020) ("The Court also takes judicial notice of the ICCF and Island County policies underlying the claim asserted by plaintiff"). This includes "public records and government documents available from reliable sources on the Internet, such as websites run by governmental agencies." *U.S. ex rel. Modglin v. DJO Glob. Inc.*, 48 F. Supp. 3d 1362, 1380-81, 1372 n. 26 (C.D. Cal. 2014) (taking judicial notice of the contents of the Medicare Program Integrity Manual) (internal citations omitted.)

## II. DOCUMENT SUBJECT TO JUDICIAL NOTICE

Pursuant to the above authority, the County respectfully requests that the Court take judicial notice of the documents submitted with and attached as Exhibits to the Declaration of Farbod Moridani.

1. Exhibit A: Plaintiffs' Opposition to Defendants County of San Bernardino and Deborah Kay's Motion to Dismiss Pursuant to FRCP 12()(6) filed in *Mueller et. al. v. County of San Bernardino et. al.,* 5:18-cv-00151-DSF-SP (C.D. Cal. filed Apr. 9, 2018) (Dkt. 25).

Exhibit A is subject to judicial notice because it is a court filing and an undisputed matter of public record. Fed. R. Evid. § 201(b)(1); *Reyn's Pasta Bella,* 442 F.3d at 746 n.6.

Exhibit A is submitted not for the truth of its contents but to set forth the arguments presented to the court—specifically, that California Welfare and Institutions Code section 16001.9(a) created a federal entitlement subject to procedural due process. *See* Ex. A at 4-5, 12-13; Motion at 10-11.

2. Exhibit B: California Department of Health Care Services Behavioral Information Notice No. 23-025 regarding Medi-Cal Mobile Crisis Services Benefit Implementation (June 19, 2023) (https://www.dhcs.ca.gov/Documents/BHIN-23-025-Medi-Cal-Mobile-Crisis-Services-Benefit-Implementation.pdf).

Exhibit B is subject to judicial notice because it is a government document, the contents of which can be readily verified from a reliable government maintained website. *Modglin*, 48 F. Supp. 3d at 1381, 1372 n.26.

As reflected in Exhibit B, on June 19, 2023, the California Department of Health Care Services ("DHCS") issued a new policy and guideline adopting Mobile Crisis Services ("MCS") into the state's Medicaid plan (Medi-Cal) and directing counties to begin providing MCS by December 31, 2013. Ex. B at *See* Motion at 19.

///

## III. CONCLUSION

The above documents are judicially noticeable records pertinent to the County's concurrently-filed Motion. The County Defendants respectfully request that the Court take judicial notice of these materials and consider them in connection with the County's Motion.

DATED: September 23, 2024          MILLER BARONDESS, LLP

By: _____
FARBOD S. MORIDANI
Attorneys for Defendants
County of Los Angeles, the Department of Children and Family Services, and the Department of Mental Health