Tara Ford (SBN 322049)
tford@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Leecia Welch (SBN 208741)
lwelch@childrensrights.org
CHILDREN'S RIGHTS
2021 Fillmore Street
San Francisco, California 94115
Telephone: (415) 602-5202

Grant A. Davis-Denny (SBN 229335)
grant.davis-denny@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Sarah Manimalethu (SBN 326441)
smanimalethu@alliancecr.org
ALLIANCE FOR CHILDREN'S RIGHTS
3333 Wilshire Boulevard, Suite 550
Los Angeles, California 90010
Telephone: (213) 368-6010
Facsimile: (213) 368-6016

*Attorneys for Plaintiffs*

\* *Additional counsel of record listed in the signature page.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| OCEAN S., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOS ANGELES COUNTY, et al., <br><br> Defendants. | Case No.: 2:23-cv-06921-JAK-E <br><br> **JOINT REPORT ON THE STATUS OF THE NINTH CIRCUIT INTERLOCUTORY APPEAL** <br><br> Before: Hon. John A. Kronstadt <br> Pretrial Conference: TBD <br> Trial Date: TBD |

Plaintiffs Ocean S., Jackson K., Rosie S., Erykah B., Junior R., Onyx G., and Monaie T. ("Plaintiffs" or "Plaintiffs-Appellees") and Defendants Los Angeles County, the Department of Children and Family Services, and the Department of Mental Health (together, the "County Defendants" or "County Defendants-Appellants"); the California Health and Human Services Agency ("CalHHS"), and CalHHS Secretary Kim Johnson, the California Department of Social Services ("CDSS"), CDSS Director Jennifer Troia, the California Department of Health Care Services ("DHCS"), and DHCS Director Michelle Baass (together, the "State Defendants"), by and through their respective counsel, respectfully submit the following Joint Report on the status of the Ninth Circuit interlocutory appeal.

On March 4, 2025, the Ninth Circuit issued a Docketing Notice and Time Schedule Order with the following briefing schedule:

- On May 19, 2025, County Defendants-Appellants' opening brief is due;
- On June 19, 2025, Plaintiffs-Appellees' answering brief is due;
- Within 21 days of service of Plaintiffs-Appellees' answering brief, the County Defendants-Appellants may file an optional reply brief.

(Dkt. 2.1, Ninth Circuit Case No. 25-1354).

On March 31, 2025, the Ninth Circuit granted Plaintiffs-Appellees' opposed Motion to Expedite in part and denied it in part. The order denied the motion to expedite the briefing schedule but held that no streamlined extensions of time to file a brief will be approved. The order granted the request to expedite calendaring and directed the Ninth Circuit clerk to place the case on the September 2025 calendar. (Dkt. 13.1, Ninth Circuit Case No. 25-1354).

Respectfully submitted,

DATED: May 12, 2025     MUNGER, TOLLES & OLSON LLP

By: _____
     Grant A. Davis-Denny
     *Attorneys for Plaintiffs*

DATED: May 12, 2025     MILLER BARONDESS, LLP

By:   */s/ Farbod S. Moridani*
     FARBOD S. MORIDANI
     *Attorneys for County Defendants*

DATED: May 12, 2025     CALIFORNIA DEPARTMENT OF JUSTICE

By:   */s/ Andrew Edelstein*
     ANDREW EDELSTEIN
     *Attorneys for State Defendants*

**ECF SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that Farbod S. Moridani, counsel for County Defendants, and Andrew Edelstein, counsel for State Defendants, concur in this document's content and have provided their authorization to affix their electronic signatures to this document.

DATED: May 12, 2025

_____
Grant A. Davis-Denny
*Attorney for Plaintiffs*

***ADDITIONAL ATTORNEYS OF RECORD**

**Plaintiffs**
Kathryn Eidmann (State Bar No. 268053)
keidmann@publiccounsel.org
Mark R. Rosenbaum (State Bar No. 59940)
mrosenbaum@publiccounsel.org
Amanda Mangaser Savage (State Bar No. 325996)
asavage@publiccounsel.org
Rachel Stein (State Bar No. 257411)
rstein@publicounsel.org
Molly Mauck (State Bar No. 344278)
mmauck@publiccounsel.org
Natalie Garnica (State Bar No. 320230)
ngarnica@publiccounsel.org
Alero Egbe (State Bar No. 349753)
aegbe@publiccounsel.org
Amelia Piazza (State Bar No. 342473)
apiazza@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90071-3426
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Jessica Zou (New York Bar No. 5922091)
(Pro hac vice)
jzou@childrenrights.org
Stephanie Persson (New York Bar No. 5469648)
(Pro hac vice)
spersson@childrensrights.org
Rebecca Ritchin (New York Bar No. 6015069)
(Pro hac vice)
rritchin@childrensrights.org
CHILDREN'S RIGHTS
88 Pine Street, Suite 800
New York City, New York 10005
Telephone: (212) 683-2210

William D. Temko (State Bar No. 98858)
william.temko@mto.com
Peter Gratzinger (State Bar No. 228763)
peter.gratzinger@mto.com
Carl Jiang (State Bar No. 355258)
carl.jiang@mto.com
Priscila Coronado (State Bar No. 355195)
priscila.coronado@mto.com
Alison Luna (State Bar No. 359779)
alison.luna@mto.com

1  MUNGER, TOLLES & OLSON LLP
2  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071-3426
3  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
4
   **Defendants**
5  LOUIS R. MILLER (SBN 54141)
   smiller@millerbarondess.com
6  JASON H. TOKORO (SBN 252345)
7  jtokoro@millerbarondess.com
   FARBOD S. MORIDANI (SBN 251893)
8  fmoridani@millerbarondess.com
9  JEFFERY B. WHITE (SBN 291086)
   jwhite@millerbarondess.com
10 MILLER BARONDESS, LLP
11 2121 Avenue of the Stars, Suite 2600
   Los Angeles, California 90067
12 Tel.: (310) 552-4400 | Fax: (310) 552-8400
13
14 DAWYN R. HARRISON (SBN 173855)
   dharrison@counsel.lacounty.gov
15 WILLIAM BIRNIE (SBN 268742)
16 wbirnie@counsel.lacounty.gov
   EMILY GROSPE (SBN 290182)
17 egrospe@counsel.lacounty.gov
18 Kenneth Hahn Hall of Administration
   500 West Temple Street, Suite 648
19 Los Angeles, California 90012
20 Tel.: (213) 974-1811 | Fax: (213) 626-7446

21 ROB BONTA (SBN 202668)
22 BENJAMIN G. DIEHL (SBN 192984)
   Benjamin.Diehl@doj.ca.gov
23 ANDREW Z. EDELSTEIN (SBN 218023)
24 Andrew.Edelstein@doj.ca.gov
   SARAH DAWLEY (SBN 325897)
25 Sarah.Dawley@doj.ca.gov
26 300 Spring Street, Suite 1702
   Los Angeles, California 90013-1230
27 Tel.: (213) 269-6307 | Fax: (916) 731-2125
28