MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| OCEAN S., *et al.*,<br>Plaintiffs,<br>v.<br>LOS ANGELES COUNTY, *et al.*,<br>Defendants. | **CASE NO. 2:23-cv-06921-JAK-E**<br><br>**[PROPOSED] ORDER APPROVING STIPULATION REGARDING APPOINTMENT OF SOLE MEDIATOR** |

The Court, having considered the parties' Stipulation Regarding Appointment of Sole Mediator (the "Stipulation"), and good cause appearing therefor, hereby orders as follows:

IT IS HEREBY **ORDERED** THAT:

1. The Stipulation is hereby **APPROVED**;

2. The Hon. Dean D. Pregerson (Ret.) is hereby appointed as the sole mediator in this action for now; and

3. The Status Conference ordered by the Court on September 24, 2026 [Dkt. 249], and set for October 26, 2026, is hereby taken off calendar.

**IT IS SO ORDERED.**

DATED: ____________, 2026

______________________________
Hon. John A. Kronstadt
United States District Court District Judge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400